IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDREW MCCLENDON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2476

Opinion filed August 2, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Andrew McClendon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order rendered on or about March 21, 2016, denying petitioner's motion for postconviction relief in Duval County Circuit Court case number 2010-CF-007666, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.